UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OLDNAR CORPORATION
f/k/a Nartron Corporation,
a/k/a Gen X Microsystems, Inc.,

    Plaintiff,

v.

SANYO NORTH AMERICA
CORPORATION, a Delaware corporation, and
PANASONIC CORPORATION OF NORTH
AMERICA d/b/a PANASONIC
AUTOMOTIVE SYSTEMS COMPANY OF
AMERICA, a Delaware corporation,

    Defendants.

Case No. 1:13-cv-1064

Hon Janet T. Neff

## DEFENDANTS' MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S EXPERT THOMAS A. FRAZEE'S CALCULATIONS AND OPINIONS REGARDING DAMAGES

Pursuant to Federal Rules of Evidence 702 and 703, and for the reasons stated more fully in the accompanying Brief in Support of the present Motion, Defendants' respectfully move in limine to exclude from trial the proffered opinions and testimony of Plaintiff's expert Thomas A. Frazee.

Respectfully submitted,

Dated:  February 15, 2017
/s/John E. Anding
John E. Anding (P30356)
LaRissa D. Hollingsworth (P62774)
Amanda P. Narvaes (P74957)
**DREW, COOPER & ANDING, P.C.**
Aldrich Place, Suite 200
80 Ottawa Avenue NW
Grand Rapids, MI 49503
(616) 454-8300
Attorneys for Defendants

2

## **CERTIFICATE OF SERVICE**

      I certify that on February 15, 2017, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

| | |
|---|---|
| Dated:  February 15, 2017 | /s/John E. Anding |
| | John E. Anding (P30356) |
| | LaRissa D. Hollingsworth (P62774) |
| | Amanda P. Narvaes (P74957) |
| | **DREW, COOPER & ANDING, P.C.** |
| | Aldrich Place, Suite 200 |
| | 80 Ottawa Avenue NW |
| | Grand Rapids, MI 49503 |
| | (616) 454-8300 |

I:\JEATeam\3474-01\PLDG\Mot.Exclude.Frazee_2017.02.15(120.135)

2