# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 31, 2019

Ms. Katherine Susan Barrett Wiik
Mr. Thomas C. Mahlum
Ms. Shira Shapiro
Robins Kaplan
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402

Re: Case No. 17-2305/17-2379, *Oldnar Corporation v. Sanyo North America Corp., et al*
      Originating Case No.: 1:13-cv-01064

Dear Counsel,

   The Court issued the enclosed Order today in this case.

                                                                Sincerely,

                                                                s/Antoinette Macon
                                                                Case Manager
                                                                Direct Dial No. 513-564-7015

cc:  Mr. John E. Anding
     Mr. Thomas Dorwin
     Ms. LaRissa Dione Hollingsworth
     Ms. Amanda Pilar Narvaes

Enclosure

Case No. 17-2305/17-2379

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

OLDNAR CORPORATION, a Michigan Corporation, fka Nartron Corporation, Identified on Initiating Document as, Gen X Microsystems, Inc.

      Plaintiff - Appellant Cross-Appellee

v.

PANASONIC CORPORATION OF NORTH AMERICA, a Delaware Corporation, dba Panasonic Automotive Systems Company of America; SANYO NORTH AMERICA CORPORATION, a Delaware Corporation

      Defendants - Appellees Cross-Appellants

   Upon consideration of the motion of Katherine Susan Barrett Wiik to withdraw as counsel for the appellant cross-appellee,

   It is **ORDERED** that the motion be and it hereby is **GRANTED**.

                                          **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  January 31, 2019