# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 08, 2019

Mr. Thomas Dorwin
U.S. District Court
for the Western District of Michigan at Marquette
202 W. Washington Street
P.O. Box 698
Marquette, MI 49855-0000

Re: Case No. 17-2305/17-2379, *Oldnar Corporation v. Sanyo North America Corp., et al*
Originating Case No.: 1:13-cv-01064

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Antoinette Macon
Case Manager
Direct Dial No. 513-564-7015

cc: Mr. John E. Anding
    Ms. LaRissa Dione Hollingsworth
    Mr. Thomas C. Mahlum
    Ms. Amanda Pilar Narvaes
    Ms. Shira Shapiro

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 17-2305/17-2379

_____

Filed: April 08, 2019

OLDNAR CORPORATION, a Michigan Corporation, fka Nartron Corporation, Identified on Initiating Document as, Gen X Microsystems, Inc.

      Plaintiff - Appellant Cross-Appellee

v.

PANASONIC CORPORATION OF NORTH AMERICA, a Delaware Corporation, dba Panasonic Automotive Systems Company of America; SANYO NORTH AMERICA CORPORATION, a Delaware Corporation

      Defendants - Appellees Cross-Appellants


## MANDATE

Pursuant to the court's disposition that was filed 03/14/2019 the mandate for this case hereby issues today.


COSTS: None