UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OLDNAR CORPORATION,

      Plaintiff,                      Case No. 1:13–cv–1064

   v.                            Hon. Janet T. Neff

SANYO NORTH AMERICA
CORPORATION, et al.,

      Defendants.
_____/

### ORDER

      The Sixth Circuit Court of Appeals' mandate having been issued remanding this case for further proceedings consistent with its March 14, 2019 Opinion, the parties shall not later than May 28, 2019 file a Joint Notice setting forth their recommendations for further proceedings and time frames.

      IT IS SO ORDERED.

Dated:  May 15, 2019                 /s/ Janet T. Neff
                                   JANET T. NEFF
                                   United States District Judge