UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OLDNAR CORPORATION,

       Plaintiff,                    Case No. 1:13–cv–1064

v.                                    Hon. Janet T. Neff

SANYO NORTH AMERICA
CORPORATION, et al.,

       Defendants.
_____/

## ORDER

      Pending before the Court is Defendants' Motion to Strike (ECF No. 406), seeking to strike Plaintiff's Evidentiary Hearing Brief (ECF No. 405) or, in the alternative, to grant an additional sixty (60) days in which to submit their evidentiary brief, including their response to Plaintiff's "Preliminary Proposed Findings of Fact." Having considered Defendants' Motion and Plaintiff's Evidentiary Hearing Brief, the Court is not persuaded that the Brief should be stricken as non–compliant with the Court's page limit. The Court will grant an extension of 60 days for Defendants to file their evidentiary brief, including their response to Plaintiff's "Preliminary Proposed Findings of Fact." Accordingly: IT IS HEREBY ORDERED that Defendants' Motion to Strike (ECF No. 406) is GRANTED only to the extent set forth above. IT IS FURTHER ORDERED that the parties shall, not later than November 1, 2019, file a revised Joint Statement of the Case and the Elements of the Claims. Defendants' brief shall be filed not later than January 13, 2020. A notice will issue rescheduling the December 18, 2019 evidentiary hearing.

      IT IS SO ORDERED.

Dated:  October 30, 2019                    /s/ Janet T. Neff
                                                          JANET T. NEFF
                                                          Janet T. Neff United States District Judge