UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OLDNAR CORPORATION
f/k/a Nartron Corporation,
a/k/a Gen X Microsystems, Inc.,

    Plaintiff,

v.

SANYO NORTH AMERICA
CORPORATION, a Delaware corporation, and
PANASONIC CORPORATION OF NORTH
AMERICA d/b/a PANASONIC
AUTOMOTIVE SYSTEMS COMPANY OF
AMERICA, a Delaware corporation,

    Defendants.

Case No. 1:13-cv-1064

Hon Janet T. Neff

## STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE

The parties in the above captioned matter hereby stipulate to the following:

1. On October 30, 2019, in response to Defendants' Motion to Strike, the Court issued an Order allowing Defendants additional time to respond to Plaintiff's Evidentiary Hearing Brief, and the attached Preliminary Proposed Findings of Fact sponsored by Plaintiff.  (ECF No. 409.)

2. The current deadline for Defendants' Evidentiary Hearing Brief and Response to the Proposed Findings is January 13, 2020.

3. The Evidentiary Hearing has since been rescheduled by Order of the Court from February 21, 2020 to March 19, 2020.

4. Unforeseen medical issues of key staff members and unexpected and extensive briefing in another matter in the Eastern District and the Sixth Circuit due within the next two

weeks in December have necessitated a request by Defendants for a modest two-week extension of the current deadline.

5. This extension would make Defendants' Evidentiary Brief due January 27, 2020.

6. Plaintiff does not oppose this request and concurs in it.

Wherefore, the parties stipulate and respectfully request that Defendants' Evidentiary Hearing Brief deadline be extended to **January 27, 2020**.

                                                                       Respectfully submitted,

                                                                       *Attorneys for Defendants*

Dated:  December 5, 2019                  /s/Thomas V. Hubbard
                                                                      John E. Anding (P30356)
                                                                      Thomas V. Hubbard (P60575)
                                                                      LaRissa D. Hollingsworth (P62774)
                                                                      Amanda P. Narvaes (P74957)
                                                                      **DREW, COOPER & ANDING, P.C.**
                                                                      Aldrich Place, Suite 200
                                                                      80 Ottawa Avenue NW
                                                                      Grand Rapids, MI 49503
                                                                      (616) 454-8300


                                                         *Attorneys for Plaintiff*

Dated:  December 5, 2019                  /s/*E. Thomas McCarthy, Jr. (w/permission)*
                                                                      E. Thomas McCarthy, Jr. (P28714)
                                                                      John R. Oostema (P26891)
                                                                      D. Adam Tountas (P68579)
                                                                      **Smith Haughey Rice & Roegge**
                                                                      100 Monroe Center St. NW
                                                                      Grand Rapids, MI  49503
                                                                      (616) 774-8000

                                                                      Kenneth B. Morgan (P34492)
                                                                      **Kenneth B. Morgan, P.C.**
                                                                      PO Box 250550
                                                                      Franklin, MI 48025
                                                                      (248) 594-6341

## **ORDER**

IT IS SO ORDERED.

Dated:   December 6  , 2019        /s/ Janet T. Neff
                                                           Hon. Janet T. Neff
                                                           U.S. District Court Judge