UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OLDNAR CORPORATION, f/k/a
NARTRON CORPORATION, a/k/a
GEN X MICROSYSTEMS, INC.,

    Plaintiff,

v.

SANYO NORTH AMERICA
CORPORATION and PANASONIC
CORPORATION OF NORTH AMERICA,

    Defendants.
_____/

Case No. 1:13-cv-1064

HON. JANET T. NEFF

## **ORDER**

The Court having conducted an evidentiary hearing in this case on July 9, 2020:

**IT IS HEREBY ORDERED** that the parties shall file closing briefs focused exclusively on the evidence presented at the hearing on the two issues before the Court:

(1) identification of Nartron's intellectual property/"know-how," if any, used by Defendants without permission; and

(2) how the intellectual property/"know-how," if any, was used:

to show why Nartron has/has not established each of the three remaining claims: the contract claim against Sanyo under § 9.3 of the DSA; the unjust enrichment claim against Sanyo; and the unjust enrichment claim against Panasonic.

**IT IS FURTHER ORDERED** that:

(1) Nartron's closing Brief, *not to exceed 10 pages*, shall be filed within 21 after the filing of the hearing transcript;

(2) Defendants' Response, *not to exceed 10 pages*, shall be filed within 21 days after the filing of Nartron's brief; and

(3) Nartron's Reply, *not to exceed 3 pages*, shall be filed within 14 days after the filing of Defendants' Response.

Dated:  July 12, 2020

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge